IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FREDERICK D. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3284 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HAROLD CLARKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 30, the motion to amend, filed by the plaintiff. In filing no. 30, the plaintiff requests leave to amend his complaint to clarify issues raised by the defendants in their motion to dismiss (filing no. 28). After review of the record I will grant the plaintiff's request. The plaintiff shall have until June 20, 2005 to file his amended complaint. Filing no. 30 is granted.

    SO ORDERED.

    DATED this 20th day of May, 2005.

                                                           BY THE COURT:

                                                      s/F.A. GOSSETT
                                                      United States Magistrate Judge