IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FREDERICK D. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:04CV3284 |
| vs. ) | |
| ) | ORDER |
| HAROLD CLARKE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

    This matter is before the court on filing no. 34, the motion for leave to withdraw counsel, filed by the defendants. Filing no. 34 also seeks leave to substitute Linda L. Willard for Eileen McBride as counsel on record for the defendants.

    IT THEREFORE IS ORDERED that the motion for leave to withdraw (#34) is granted. The Clerk shall send Eileen McBride a copy of this order, and then remove her from the distribution list for this case. Linda L. Willard will now be the counsel on record for the defendants in this case.

    DATED this 28th day of June, 2005.

BY THE COURT:

s/Richard G. Kopf
United States District Judge